

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-18-00077-CV

**In re Walker Schmidt** and Awesome Services, LLC
d/b/a South Texas Investments

Original Mandamus Proceeding[1]

Sitting: Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

The Real Parties in Interests' Motion for Extension of Time to File Response to Petition for Writ of Mandamus is hereby GRANTED. Time is extended to March 30, 2018.

It is so **ORDERED** on March 8, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-03-0144-CVA, styled *Schmidt Oilfield Services Venture and Berry Contracting, LP d/b/a Bay, Ltd. v. Walker Schmidt, et al.*, pending in the 218th Judicial District Court, Bexar County, Texas. The Honorable David Berchelmann signed the order at issue in this proceeding.